UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

WILLIAM ROBERT BENEFIELD,

        Defendant.
                       /

No. CR 05-0534-01 MHP

**ORDER REVOKING SUPERVISED RELEASE AND JUDGMENT**

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Barry J. Portman, Federal Public Defender. The United States was represented by Assistant United States Attorney Julie Arbuckle.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to Violation Three as alleged in the amended petition to revoke and that such violation is sufficient cause to revoke supervised release.

The court finds that the defendant having submitted the matter upon the allegations of the amended petition and waiving his right to a hearing, has violated the following conditions of his supervised release:

Charge 3. The condition imposed by statute, 18 U.S.C. § 3583(d), that defendant not commit another federal or local crime; namely, that defendant violated Calif. Penal Code § 290 -Failure to Report as a Sex Offender.

Based on the foregoing,

IT IS ADJUDGED that supervised release be and is hereby REVOKED and that defendant is sentenced to CREDIT FOR TIME SERVED and supervised release is terminated.

IT IS FURTHER adjudged that pursuant to the agreement of the parties, a plea having been entered on Charge Three, the remaining charges are DISMISSED.

Dated:   Jan. 16, 2007

MARILYN HALL PATEL
District Judge, United States District Court

**United States District Court**
For the Northern District of California

1 | Case No. C  MHP                                         January 17, 2007

2

3 | SERVICE LIST *(Plaintiff is instructed to serve the attached court document on all defendants NOT listed below)*:

4

5 | Plaintiff(s):

6 | x

7

8 | Defendant(s):

9

10 | x

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28